NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

THE AGUILERA LAW GROUP, APLC
A. Eric Aguilera (SBN 192390) ; Lindsee Falcone (SBN 268072)
V. Rene Daley (SBN 199914)
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
lfalcone@aguileragroup.com ; rdaley@aguileragroup.com

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA<br><br>Plaintiff(s),<br>v.<br>LMID, INC., a California Limited Liability Company, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation<br><br>LMID, INC., a California Limited Liability Company<br><br>1536 BLUE JAY WAY, LLC, a California limited liability company<br><br>MICHAEL HERMAN, an individual and<br><br>DOES 1 through 10 inclusive, | Pursuant to Rule 7.1, Fed. R. Civ. Proc and Civil L.R. 3-16, the undersigned, counsel of record for Plaintiffs, certify that the listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Plaintiffs are wholly-owned insurance subsidiaries of The Travelers Companies, Inc.  The Travelers Companies, Inc. is the only publicly held company in the corporate family. |

02/06/2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Travelers Casualty Insurance Company of America