UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LMID, INC. et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-01022-SB-JC<br><br>ORDER FOR CLARIFICATION AND ORDER TO SHOW CAUSE RE DIVERSITY |

　　　　On August 21, 2024, the Court granted Plaintiff leave to amend its complaint to add 1536 Blue Jay Way, LLC—a Nevada LLC—as a defendant. Dkt. No. 47. The first amended complaint names two Blue Jay Way defendants, one formed in California and one in Nevada. Dkt. No. 52. Defendants 1536 Blue Jay Way, LLC and Michael Herman have filed a motion to dismiss, Dkt. No. 63, but do not clarify which Blue Jay Way entity or entities have joined the motion. By October 16, 2024 at 12 p.m., counsel who submitted the motion to dismiss shall file a statement clarifying whether they are appearing on behalf of both Blue Jay Way entities.

　　　　Additionally, the Court orders Plaintiff to show cause whether there is complete diversity in this case. Although Plaintiff previously demonstrated complete diversity as to the original Defendants in this action, Dkt. Nos. 12, 13, Plaintiff's first amended complaint does not allege the citizenship of the members of the recently named Nevada Blue Jay Way LLC. By October 16, 2024 at 12 p.m., Plaintiff shall submit a response demonstrating that diversity is also complete as to the Nevada Blue Jay Way entity. Failure to timely comply will result in dismissal for lack of subject matter jurisdiction.

Date: October 15, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge