JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, <br><br>     Plaintiff, <br><br> v. <br><br> LMID, INC. et al., <br><br>     Defendants. | Case No. 2:24-cv-01022-SB-JC <br><br><br> FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Travelers Casualty Insurance Company of America's claims are dismissed without prejudice.

This is a final judgment.

Date: February 2, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1